IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:93-CR-00017-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **ORDER** |
| DANNY BRUCE GARRETT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's "Motion to Correct or Modify or Otherwise" filed July 14, 2010. The government filed a response to defendant's motion on August 4, 2010, and defendant replied by filing on August 12, 2010.

Defendant seeks to have this court reduce or modify the fine imposed upon him at judgment and/or to order the Bureau of Prisons to allow defendant to pay a lower monthly payment during his term of incarceration.

During the term of incarceration, payment of all fines are determined by the rules of the Inmate Financial Responsibility Program, a program run solely by the Bureau of Prisons. The court has no authority to set or adjust the amount of repayment of said fines during incarceration; therefore, defendant's motion [DE #51]

is hereby DENIED.

This 1st day of November 2010.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#26