UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Danny Bruce Garrett**                                       Docket No. 2:93-CR-17-10H

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Danny Bruce Garrett, who, upon an earlier finding of guilty to Conspiracy to Possess With Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 16, 1994, to the custody of the Bureau of Prisons for a term of 240 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

Danny Bruce Garrett was released from custody on September 13, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 2, 2015, a urine specimen collected from the defendant on September 24, 2015, was determined by the national laboratory to be positive for cocaine. On October 13, 2015, when confronted with the urinalysis results, Garrett admitted to the validity of the test. As a sanction for the violation, we are recommending that the defendant be required to serve two days incarceration in the Bureau of Prisons. Garrett signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>201 South Evans Street, Room 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2348<br>Executed On: October 19, 2015 |

Danny Bruce Garrett
Docket No. 2:93-CR-17-10H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 20th day of October, 2015 and ordered filed and made a part of the records in the above case.

*Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge